# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BRYAN EDWARD KAYE, <br><br> Plaintiff, <br><br> v. <br><br> HARRY SIDHU et al., <br><br> Defendants. | Case No. SA CV 19-01696-JVS (DFM) <br><br> ORDER OF DISMISSAL |

On September 19, 2019, after denying Plaintiff's request to proceed in forma pauperis, this Court ordered Plaintiff to pay the filing fees in full within thirty (30) days. See Dkt. 5 at 1. The Court expressly warned Plaintiff that his case would be dismissed if he failed to pay the filing fees in full as ordered. The Court's deadline has passed, and Plaintiff has not paid the filing fees as ordered or sought an extension of time in which to do so.

///
///
///
///
///
///
///

Accordingly, this case is hereby DISMISSED immediately.

Dated: October 24, 2019

_____
JAMES V. SELNA
United States District Judge

Presented by:

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge